**Order entered April 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01042-CV

**THANESTATE HD PLANO INVESTMENT INC., Appellant**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03884-2016**

## ORDER

Before the Court is appellant's April 11, 2019 unopposed motion for an extension of time

to file its reply brief.  We **GRANT** the motion and extend the time to **Monday, May 6, 2019**.


/s/      BILL WHITEHILL
JUSTICE